hen, Ermlich & Friedman, Norfolk, Va., on the brief), for appellant.

Joseph A. Gawrys, Norfolk, Va. (Vandeveter, Black, Meredith & Martin, Norfolk, Va., on the brief), for appellee.

Before WINTER, CRAVEN and BUTZNER, Circuit Judges.

PER CURIAM:

Under instructions concededly "accurate * * * as far as they go", the jury returned a general verdict in favor of Amoco Shipping Company. We have carefully considered Seaman Brown's other points of error—failure of the district judge to rule as a matter of law that the ship was unseaworthy, and to exonerate Brown of contributory fault, and the reception of demonstrative evidence, and conclude that the judgment below should be

Affirmed.

Ira M. Goldberg, Atty., N. L. R. B. (Arnold Ordman, General Counsel, Dominick L. Manoli, Asst. General Counsel, Marcel Mallet-Prevost, Asst. General Counsel, and Eugene B. Granof, Atty., N. L. R. B., on the brief), for respondent.

Seymour M. Teach, Norfolk, Va. (Breit, Rutter, Cohen, Ermlich & Friedman, Norfolk, Va., on the brief), for intervenors.

Before BRYAN, WINTER and CRAVEN, Circuit Judges.

PER CURIAM:

On petition to review and set aside the Board's order dismissing a complaint that the Union had engaged in unfair labor practices in violation of §§ 8(b) (1) (A) and 8(b) (2) of the Act, we find substantial evidence in the record as a whole to support the Board's conclusion that the Union did not violate the Act in the particulars charged. We decline to set aside the Board's order.

Petition denied.

Howard STEPHENS, Jr., Joe Louis Barnett, Joseph J. Carter, and Ronald Moody, Petitioners,

v.

NATIONAL LABOR RELATIONS BOARD, Respondent,

and

Local 1838, International Longshoremen's Association, AFL–CIO, and Charles Rogers, its President, Intervenors.

No. 14153.

United States Court of Appeals, Fourth Circuit.

Argued Oct. 6, 1970.

Decided Oct. 12, 1970.

Ellison D. Smith, IV, Columbia, S. C. (Smith & Smith, Columbia, S. C., on the brief), for petitioners.

Donald L. TYNDALL, Lisa Michelle Tyndall, a minor, etc., Kimberly Fay Tyndall, a minor, etc., Donald L. Tyndall, Administrator, etc., and Bruce Edward Tyndall, a minor, etc., Appellants,

v.

UNITED STATES of America, Appellee.

No. 14547.

United States Court of Appeals, Fourth Circuit.

Oct. 6, 1970.

See also, D.C., 295 F.Supp. 448.

Henry L. Stevens, III, Warsaw, N. C., John Richard Newton, Southport, N. C.,